**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NELSON VAZQUEZ,                                     :
    *Petitioner*,                                  :
                                       :        CIVIL ACTION
        v.                                         :        NO.: 17-2868
                                         :
VINCENT MOONEY, et al.,                             :
    *Respondents*.                                 :

## ORDER

**AND NOW**, this 18th day of December, 2018, upon careful and independent

consideration of the record in this case, the Report and Recommendation of the Honorable David

R. Strawbridge, United States Magistrate Judge, (ECF No. 9), and Petitioner's failure to timely

file objections thereto as permitted by Local Rule 72.1 IV(b), it is hereby **ORDERED** as

follows:

    1.  The Report and Recommendation is **APPROVED** and **ADOPTED**;

    2.  The Petition for Writ of Habeas Corpus, (ECF No. 1), is **DENIED**;

    3.  There is no probable cause to issue a certificate of appealability; and

    4.  The Clerk of Court is directed to **CLOSE** this case for statistical and all purposes.


                                      BY THE COURT:


                                      */s/ C. Darnell Jones, II*           
                                        C. DARNELL JONES, II  J.